# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**ROBERT L. TATUM,**

    Plaintiff,

-vs-                                  Case No. 15-CV-1395
                                          Appeal No. 16-2098

**ERIK FOSSUM,**

    Defendant.

## DECISION AND ORDER

On June 21, 2016, the United States Court of Appeals for the Seventh Circuit remanded this case to the district court to determine whether to extend the time to appeal under Fed. R. App. P. 4(a)(5). In his notice of appeal, the plaintiff explained why his appeal was untimely filed. Upon due consideration, the Court will grant the motion for extension of time. *See* Fed. R. App. P. 4(a)(5).

**NOW, THEREFORE, IT IS ORDERED THAT** the plaintiff's motion for extension of time to appeal (ECF No. 17) is **GRANTED**.

Dated at Milwaukee, Wisconsin, this 23rd day of June, 2016.

                                                        **BY THE COURT:**

                                                        _____
                                                        **HON. RUDOLPH T. RANDA**
                                                        **U.S. District Judge**